# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOTCOM DISTRIBUTION CORP., | Civil Action No. 20-17871-CCC-AME |
| Plaintiff, | ORDER |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., | |
| Defendants. | |

The Court having held a scheduling conference on June 24, 2021, during which the parties jointly requested that the Court extend the deadline to add new parties or amend the pleadings; and the Court having found good cause; therefore,

**IT IS** on this 28th day of June 2021,

**ORDERED** that any motion to add new parties or amend any pleading must be filed on or before August 9, 2021.

    /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

1