# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOTCOM DISTRIBUTION CORP., | Civil Action No. 20-cv-17871-CCC-AME |
| Plaintiffs, | |
| v. | ORDER GRANTING PRO HAC VICE ADMISSION OF NICOLE A. JOSEPHY |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et. al, | |
| Defendants. | |

This matter having come before the Court on the application of Flaster/Greenberg P.C. ("the Applicant"), attorneys for Plaintiff Dotcom Distribution Corp. ("Plaintiff"), for the pro hac vice admission of Nicole A. Josephy, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the application, which reflect that Nicole A. Josephy, Esq. satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; Defendants having consented to this pro hac vice admission; and for good cause shown,

**IT IS** on this 2nd day of September 2021,

**ORDERED** that the application for the pro hac vice admission of Nicole A. Josephy, Esq. [ECF 24], is granted; and it is further

**ORDERED** that Nicole A. Josephy, Esq., a member in good standing of the Bar of the State of Florida, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Nicole A. Josephy, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is further

**ORDERED** that Nicole A. Josephy, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from her participation in this matter; and it is further

**ORDERED** that the Applicant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Nicole A. Josephy, Esq. (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Nicole A. Josephy, Esq. in this matter; and it is further

**ORDERED** that Nicole A. Josephy, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which she continues to represent Plaintiff before this Court; and it is further

**ORDERED** that, if she has not already done so in connection with this action Nicole A. Josephy, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Nicole A. Josephy, Esq. may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

    /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge