UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOTCOM DISTRIBUTION CORP., | Civil Action No. 20-17871-CCC-AME |
| Plaintiff, | ORDER |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., | |
| Defendants. | |

The Court having held a scheduling conference on September 2, 2021, and the parties having provided updates on the status of discovery; and the Court having found good cause to amend the previous pretrial scheduling order; therefore,

**IT IS** on this 22nd day of September 2021,

**ORDERED** that the scheduling order deadlines are modified as follows:

1. Fact discovery shall be completed by January 1, 2022;

2. All affirmative expert reports shall be served by February 2, 2022;

3. All responsive expert reports shall be served by March 9, 2022;

4. Expert depositions shall be completed by April 8, 2022; and it is further

**ORDERED** that the Court will hold a telephonic status conference on **January 10, 2022 at 10:00 a.m.** using the Court's teleconference line, 866-434-5269, access code 1874589#; and it is further

**ORDERED** that by January 5, 2022, the parties shall file a joint status letter, not to exceed 5 pages double-spaced.

                                             /s/ *André M. Espinosa*
                                            ANDRÉ M. ESPINOSA
                                            United States Magistrate Judge