

1835 Market Street
Suite 1050
Philadelphia, PA  19103
(215) 587-5608
Fax: (215) 279-9394
www.flastergreenberg.com

**ARTHUR R. ARMSTRONG, ESQUIRE**
Member of the NJ & PA bar
T: (215) 587-5608
E-Mail: Arthur.Armstrong@Flastergreenberg.com

September 29, 2021

**VIA ECF**
Honorable André M. Espinosa
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ  07102

    RE:    **Dotcom Distribution Corp. v.**
             **Travelers Property Casualty Company of America and**
             **The Phoenix Insurance Company**
             **No. 2:20-cv-17871**

Dear Judge Espinosa:

    The parties jointly submit this letter in the above-referenced matter concerning the discovery dispute deadline.

    Per the Scheduling Order [ECF No. 15], "[a]ny unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court **no later than October 1, 2021** and the Court will not entertain applications concerning discovery matters, informally or otherwise, after this date."

    The Court recently extended the fact discovery deadline to January 1, 2022. *See* Court's Order dated September 22, 2021 [ECF No. 27]. We write to the Court to confirm that the October 1, 2021 deadline is extended in accordance with the Court's recent order.

Honorable André M. Espinosa
September 29, 2021
Page 2

The parties agree to extend the discovery dispute deadline to December 1, 2021.

          Respectfully submitted,

          **FLASTER/GREENBERG P.C.**


By: */s/ Arthur R. Armstrong*_____
    Arthur R. Armstrong, Esquire
    1810 Chapel Avenue West
    Cherry Hill, NJ  08002
    (215) 587-5608
    arthur.armstrong@flastergreenberg.com
    Nicole A. Josephy, Esquire
    2255 Glades Road, Suite 324A,
    Boca Raton, Florida 33431
    nicole.josephy@flastergreenberg.com

**FINAZZO COSSOLINI O'LEARY**
**MEOLA & HAGER, LLC**


By: */s/ Adam A. Alster*_____
    Rachel R. Hager, Esquire
    Adam A. Alster, Esquire
    67 East Park Place, Suite 901
    Morristown, NJ  07960
    (973) 343-4965
    (973) 343-4969
    rachel.hager@finazzolaw.com
    adam.alster@finazzolaw.com