## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DOTCOM DISTRIBUTION CORP.,

                 Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and THE
PHOENIX INSURANCE COMPANY,

                 Defendants.

Civil Action No.: 2:20-cv-17871 (CCC) (MF)

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

       Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 29, 2021

                      */s/ Arthur R. Armstrong*
                      Arthur R. Armstrong
                      FLASTER/GREENBERG PC
                      Commerce Center
                      1810 Chapel Avenue West
                      Cherry Hill, NJ 08002
                      Tel.: 215-587-5608
                      Email: arthur.armstrong@flastergreenberg.com

                      *Attorneys for Plaintiff, Dotcom Distribution Corp.*

## PRO HAC VICE ATTORNEY INFORMATION:
Nicole A. Josephy
Flaster/Greenberg PC, 2255 Glades Road, Suite 324A, Boca Raton, Florida 33431
Nicole.josephy@flastergreenberg.com

8531606 v1

## <u>CERTIFICATE OF SERVICE</u>

I, Arthur R. Armstrong, hereby certify that on September 29, 2021 a true and correct copy

of the foregoing was emailed as follows:

Adam A. Alster, Esquire
Finazzo Cossolini O'Leary Meola & Hager LLC
67 East Park Avenue
Morristown, NJ  07960
adam.alster@finazzolaw.com

Rachel R. Hager, Esquire
Finazzo Cossolini O'Leary Meola & Hager LLC
67 East Park Avenue
Morristown, NJ  07960
rachel.hager@finazzolaw.com

/s/ Arthur R. Armstrong
Arthur R. Armstrong
FLASTER/GREENBERG PC
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Tel.: 215-587-5608
Email: arthur.armstrong@flastergreenberg.com

*Attorneys for Plaintiff, Dotcom Distribution Corp.*