

1835 Market Street
Suite 1050
Philadelphia, PA  19103
(215) 587-5608
Fax: (215) 279-9394
www.flastergreenberg.com

**ARTHUR R. ARMSTRONG, ESQUIRE**
Member of the NJ & PA bar
T: (215) 587-5608
E-Mail: Arthur.Armstrong@Flastergreenberg.com

September 29, 2021

**VIA ECF**
Honorable André M. Espinosa
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, NJ  07102

    RE:    **Dotcom Distribution Corp. v.**
               **Travelers Property Casualty Company of America and**
               **The Phoenix Insurance Company**
               **No. 2:20-cv-17871**

Dear Judge Espinosa:

    The parties jointly submit this letter in the above-referenced matter concerning the discovery dispute deadline.

    Per the Scheduling Order [ECF No. 15], "[a]ny unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court **no later than October 1, 2021** and the Court will not entertain applications concerning discovery matters, informally or otherwise, after this date."

    The Court recently extended the fact discovery deadline to January 1, 2022. *See* Court's Order dated September 22, 2021 [ECF No. 27]. We write to the Court to confirm that the October 1, 2021 deadline is extended in accordance with the Court's recent order.

8531527 v1

Honorable André M. Espinosa
September 29, 2021
Page 2

The parties agree to extend the discovery dispute deadline to December 1, 2021.

        Respectfully submitted,

        **FLASTER/GREENBERG P.C.**

By: */s/ Arthur R. Armstrong*
    Arthur R. Armstrong, Esquire
    1810 Chapel Avenue West
    Cherry Hill, NJ  08002
    (215) 587-5608
    arthur.armstrong@flastergreenberg.com
    Nicole A. Josephy, Esquire
    2255 Glades Road, Suite 324A,
    Boca Raton, Florida 33431
    nicole.josephy@flastergreenberg.com

**FINAZZO COSSOLINI O'LEARY**
**MEOLA & HAGER, LLC**

By: */s/ Adam A. Alster*
    Rachel R. Hager, Esquire
    Adam A. Alster, Esquire
    67 East Park Place, Suite 901
    Morristown, NJ  07960
    (973) 343-4965
    (973) 343-4969
    rachel.hager@finazzolaw.com
    adam.alster@finazzolaw.com

---

The Court will consider any discovery disputes that arise before the close of fact and expert discovery.  SO ORDERED.
Dated: October 4, 2021

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA, U.S.M.J.

8531527 v1