**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DOTCOM DISTRIBUTION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE PHOENIX INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: 2:20-cv-17871 (CCC) (MF) |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Dotcom Distribution Corp, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: October 15, 2021

/s/ *Arthur R. Armstrong*
Arthur R. Armstrong
FLASTER/GREENBERG PC
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Tel.: 215-587-5608
Email: arthur.armstrong@flastergreenberg.com

*Attorneys for Plaintiff, Dotcom Distribution Corp.*

## **CERTIFICATE OF SERVICE**

I, Arthur R. Armstrong, hereby certify that on October 15, 2021 a true and correct copy of the foregoing was emailed as follows:

>Adam A. Alster, Esquire
>Finazzo Cossolini O'Leary Meola & Hager LLC
>67 East Park Avenue
>Morristown, NJ  07960
>adam.alster@finazzolaw.com
>
>Rachel R. Hager, Esquire
>Finazzo Cossolini O'Leary Meola & Hager LLC
>67 East Park Avenue
>Morristown, NJ  07960
>rachel.hager@finazzolaw.com

>/s/ Arthur R. Armstrong
>Arthur R. Armstrong
>FLASTER/GREENBERG PC
>Commerce Center
>1810 Chapel Avenue West
>Cherry Hill, NJ 08002
>Tel.: 215-587-5608
>Email: arthur.armstrong@flastergreenberg.com
>
>*Attorneys for Plaintiff, Dotcom Distribution Corp.*