# FINAZZO COSSOLINI O'LEARY
# MEOLA & HAGER, LLC

Counselors at Law

**Adam A. Alster, Esq.**
Adam.Alster@finazzolaw.com
Direct Dial: (973) 343-4969

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Fl.
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

January 4, 2022

**VIA ECF**
Honorable André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Room 2037, Courtroom 2D
Newark, New Jersey  07102

    Re:   **Dotcom Distribution Corp. v. Travelers Property Casualty Company of America and The Phoenix Insurance Company**
           **Civil Action No.:  2:20-cv-17871-CCC-AME**

Dear Judge Espinosa:

The parties, Plaintiff Dotcom Distribution Corp. ("Plaintiff" or "Dotcom") and Defendants Travelers Property and Casualty Company of America and The Phoenix Insurance Company (collectively, "Defendants" or "Travelers"), in the referenced matter jointly submit this status letter pursuant to Your Honor's September 22, 2021 Order.

Dotcom and Travelers are pleased to report to Your Honor that they have reached a settlement in principle regarding the referenced matter and are currently working on a written settlement agreement.

Honorable André M. Espinosa, U.S.M.J.
January 4, 2022
Page 2

The parties are available for the telephone conference currently scheduled for January 10, 2022 at 10:00 a.m., but in light of the settlement of the action the parties believe the conference is unnecessary.

The parties thank Your Honor for all of your work in this matter, and wish Your Honor a happy new year.

Respectfully submitted,

**FLASTER/GREENBERG P.C.**

By: */s/ Arthur Armstrong* _____
    Arthur R. Armstrong, Esquire
    1810 Chapel Avenue West
    Cherry Hill, New Jersey  08002
    (215) 587-5608
    arthur.armstrong@flastergreenberg.com

**FINAZZO COSSOLINI O'LEARY
MEOLA & HAGER, LLC**

By: */s/ Adam Alster* _____
    Rachel R. Hager, Esquire
    Adam A. Alster, Esquire
    67 East Park Place, Suite 901
    Morristown, New Jersey  07960
    (973) 343-4965
    (973) 343-4969
    rachel.hager@finazzolaw.com
    adam.alster@finazzolaw.com