# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOTCOM DISTRIBUTION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE PHOENIX INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: 2:20-cv-17871 (CCC) (MF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between Plaintiff Dotcom Distribution Corp., and Defendants Travelers Property Casualty Company of America and The Phoenix Insurance Company, who have appeared in this action, that the action is hereby DISMISSED WITH PREJUDICE. The parties further stipulate that each will bear its own costs, attorney's fees, and expenses.

SO STIPULATED AND AGREED:

Dated: March 3, 2022

By: */s/ Arthur R. Armstrong*
Arthur R. Armstrong, Esq.
Nicole A. Josephy, Esq. (Pro Hac Vice)
Flaster Greenberg, P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9933
arthur.armstrong@flastergreenberg.com
Nicole.josephy@flastergreenberg.com
*Attorneys for Plaintiffs*

By:*/s/ Adam A. Alster, Esq.*
Rachel R. Hager, Esq.
Adam A. Alster, Esq.
Finazzo Cossolini O'Leary Meola & Hager, OOC
67 East Park Place, Suite 901
Morristown, NJ 07960
(973) 343-4965
rachel.hager@finazzolaw.com
adam.alster@finazzolaw.com
*Attorneys for Defendants*

8776579 v1